# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00622-CV

**Trivista Operating LLC and Trivista Oil Company LLC, Appellants**

**v.**

**ERC Acquisitions II LLC, Appellee**

### FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
### NO. 2023V-268, THE HONORABLE JEFF R. STEINHAUSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an appeal from the judgment signed by the trial court on July 1, 2024. Trivista Operating LLC and Trivista Oil Company LLC have filed an unopposed motion to dismiss the appeal. The Court grants the motion and dismisses the appeal.

_____

Rosa Lopez Theofanis, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellants' Motion

Filed: October 23, 2024